FILED
CLERK, U.S. DISTRICT COURT

FEB 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MELINDA ROSE ROCHA,              )   NO. CV 05-00519-SJO (MAN)
                                 )
                Petitioner,      )
                                 )
        v.                       )   JUDGMENT
                                 )
DEBORAH JACQUEZ,                 )
                                 )
                Respondent.      )
_____)

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  ____2/29/08____.


                                _____
                                      S. JAMES OTERO
                                UNITED STATES DISTRICT JUDGE